# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3186

_____

Monty Lee Eddings,           *
           *
      Appellant,     *
           *   Appeal from the United States
   v.           *   District Court for the Western
           *   District of Missouri.
State of Missouri,     *
           *   [UNPUBLISHED]
      Appellee.     *

_____

Submitted: June 16, 2009
Filed: June 18, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Monty Lee Eddings appeals the district court's[1] 28 U.S.C. § 1915A dismissal without prejudice of his pro se civil action against the State of Missouri. The district court's dismissal was based upon an application of the <u>Younger</u>[2] abstention doctrine. Upon de novo review of the section 1915A dismissal, see <u>Cooper v. Schriro</u>, 189 F.3d

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

[2]<u>Younger v. Harris</u>, 401 U.S. 37 (1971).

781, 783 (8th Cir. 1999) (per curiam), and review of the abstention holding for an abuse of discretion, <u>see</u> <u>Norwood v. Dickey</u>, 409 F.3d 901, 903 (8th Cir. 2005), we find no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____